IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT LONGO AND MARYANN LONGO, Husband and Wife, | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO.  3:12-cv-02445 |
| v. | : : : | (Judge Brann) |
| HANGER PROSTHETICS & ORTHOTICS, INC., | : : : : | |
| Defendant. | : | |

**ORDER**
March 3, 2015

AND NOW, in accordance with the Memorandum of this same date, IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Motion to Continue or Defer Consideration of Defendant's Motion for Summary Judgment (ECF No. 26) is DENIED.

2. Defendant's Motion to File a Supplemental Brief in Further Support of its Motion for Summary Judgment (ECF No.32) is DENIED.

3. Plaintiffs shall apprise Defendant of the specific identities of the treating physicians that they expect to testify, as well as the subject matter of that expert testimony and a summary of the facts and opinions to which those

witnesses are expected to testify pursuant to Rule 26(a)(2)(C) within fourteen (14) days of the entry of this Order.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge